*W. P. Chavous,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

THE SOUTHERN LIFE AND HEALTH INSURANCE COMPANY, INC., a corporation, *Plaintiff in Error,* vs. BLANCHE MOTT, *Defendant in Error.*

138 So. 400.

Division B.

Decision filed December 22, 1931.

*Whitaker Brothers,* for Plaintiff in Error;

*Johnson, Bosarge & Allen,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the

said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

STATE OF FLORIDA, ex rel. BOARD OF COMMISSIONERS OF INDIAN RIVER MOSQUITO CONTROL DISTRICT, *Relators*, vs. BOARD OF COUNTY COMMISSIONERS of Indian River County, Florida, MILES WARREN, Clerk of said Board, W. R. DUNCAN, Tax Assessor and G. R. OLMSTEAD, Tax Collector, of said Indian River County, Florida, *Respondents*.

138 So. 625.

Division B.

Opinion filed December 22, 1931.

